IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00137-WYD-BNB

MAYFLOWER TRANSIT, L.L.C.,

Plaintiff,

v.

MAGUED YAFT,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Notice of Settlement and Request for Stay or Administrative Closure** [docket no. 6, filed February 21, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. The Scheduling Conference set for **April 9, 2012**, is **VACATED**. If the matter is not resolved by **April 30, 2012**, according to how matters were set out in the Motion, the Scheduling Conference will be reset and the case will go forward.

DATED:  February 22, 2012